UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MEDINA,<br><br>             Plaintiff,<br><br>  v.<br><br>WALMART, INC, et al.,,<br><br>             Defendants. | Case No. 1:23-cv-00887-JLT-CDB<br><br>ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE **AS MODIFIED**<br><br>(Doc. 7) |

      Based on the parties' representations in the pending stipulation to continue the scheduling conference (Doc. 7), the availability of the Court, and for good cause appearing, the Court ORDERS that the Scheduling Conference set for September 6, 2023, be continued to September 13, 2023, at 10:30 a.m. As directed, the parties shall file a joint scheduling report at least one week prior to the conference and are encouraged also to file completed consent/decline magistrate judge jurisdiction forms to the extent not already filed. (*See* Doc. 5).

IT IS SO ORDERED.

   Dated:  __**August 17, 2023**__                        _[signature]_

                                              UNITED STATES MAGISTRATE JUDGE